THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID PLUNKETT, Appellant.

Submitted June 20, 2011; decided September 13, 2011

Motion to vacate this Court's June 1, 2011 dismissal order granted [*see* 17 NY3d 790 (2011)].